UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-1071 CR-DIMITROULEAS

21 USC § 952(a)
21 USC § 963
46 USC App. § 1903(a)
46 USC App. § 1903(j)
21 USC § 853
46 USC App. § 1904

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
MIGUEL ANGEL MEJIA-MUNERA, )
a/k/a "El Loco," )
FELIX CHATIVA-CARRASQUILLO, )
a/k/a "La Mica," a/k/a "Camilo," )
JORGE ENRIQUE GARCIA-MOLINARES )
a/k/a "Santiago," a/k/a "Santa Rosa," )
a/k/a "Cunado, " and )
DIEGO FERNANDO PEREZ-CHAPARRO, )
a/k/a "Juan Carlos." )
_____ )

FILED BY MR
00 DEC -5 PM 3:13
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.- MIAMI

## INDICTMENT

The Grand Jury, charges that:

## COUNT I

Beginning in or about January 1998, and continuing thereafter until in or about November 1998, the exact dates being unknown, in Broward County in the Southern District of Florida and elsewhere, the defendants,

**MIGUEL ANGEL MEJIA-MUNERA,**
a/k/a "El Loco,"
**FELIX CHATIVA-CARRASQUILLO,**
a/k/a "La Mica," a/k/a "Camilo," and
**JORGE ENRIQUE GARCIA-MOLINARES ,**
a/k/a "Santiago," a/k/a "Santa Rosa," a/k/a "Cunado,"

318

did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to import into the United States, from any place outside thereof, a Schedule II controlled substance, that is, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code Section 963; and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT II

Beginning in or about January, 1998 and continuing thereafter until in or about June 1999, the exact dates being unknown, the defendants,

**MIGUEL ANGEL MEJIA-MUNERA,**
a/k/a "El Loco,"
**FELIX CHATIVA-CARRASQUILLO,**
a/k/a "La Mica," a/k/a "Camilo,"
**JORGE ENRIQUE GARCIA-MOLINARES,**
a/k/a "Santiago," a/k/a "Santa Rosa," a/k/a "Cunado," and
**DIEGO FERNANDO PEREZ-CHAPARRO,**
a/k/a "Juan Carlos,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine that was on board the M/V CHINA BREEZE, a vessel subject to the jurisdiction of the United States, with Miami-Dade County, in the Southern District of Florida being the defendants' point of entry into the United States, in violation of Title 46, United States Code Appendix, Section 1903(a); all in violation of Title 46, United States Code

2

Appendix, Sections 1903(g) and 1903(j); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT III

Beginning in or about November, 1999 and continuing thereafter until on or about August 17, 2000, the exact dates being unknown, the defendants,

**MIGUEL ANGEL MEJIA-MUNERA,**
a/k/a "El Loco,"
**FELIX CHATIVA-CARRASQUILLO,**
a/k/a "La Mica," a/k/a "Camilo,"
**JORGE ENRIQUE GARCIA-MOLINARES,**
a/k/a "Santiago," a/k/a "Santa Rosa," a/k/a "Cunado," and
**DIEGO FERNANDO PEREZ-CHAPARRO,**
a/k/a "Juan Carlos,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine that members of the conspiracy attempted to load or have loaded on board the M/V SUERTE I, a vessel subject to the jurisdiction of the United States, with Miami-Dade County, in the Southern District of Florida being the defendants' point of entry into the United States, in violation of Title 46, United States Code Appendix, Section 1903(a); all in violation of Title 46, United States Code Appendix, Sections 1903(g) and 1903(j); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURE - 21 USC § 853 and 46 USC App. § 1904

Upon conviction of the defendants for the criminal violations alleged in Counts I through III of this Indictment, said offenses being punishable by imprisonment for more than one year,

(A)   with respect to Count I, the defendants **Miguel Angel Mejia-Munera, Felix Chativa-Carrasquillo, and Jorge Enrique Garcia-Molinares** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all respective right, title or interest which said defendants may have in:

   (1)   any and all money and/or property constituting, or derived from, any proceeds which said defendants obtained, directly or indirectly, as the result of the violation alleged in Count I of this Indictment; and

   (2)   any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation alleged in Count I of this Indictment,

together with all interest and proceeds traceable thereto, in that said property constitutes or was derived from proceeds said defendant obtained as a result of the violation alleged in Count I of the Indictment, and is property which was used or intended to be used to facilitate said violation:

(B)   with respect to Counts II and III, the defendants **Miguel Angel Mejia-Munera, Felix Chativa-Carrasquillo, Jorge Enrique Garcia-Molinares, and Diego Fernando Perez-Chaparro** shall forfeit to the United States, pursuant to Title 46, United States Code Appendix, Section 1904, any and all respective right, title or interest which said defendants may have in any property described in Title 21, United States Code, Section

4

881(a) that is used or intended for use to commit, or to facilitate the commission of, the knowing or intentional manufacture, distribution, or possession with intent to manufacture or distribute, a controlled substance, including but not limited to the following:

(1) The motor vessel SUERTE I, formerly known as the M/V ATKIS, having Vessel Identification Number 7603083, net tons 7546, and its tackles, stores, equipment and appurtenances, currently located in the Southern District of Texas.

(C) If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property.

All pursuant to Title 21, United States Code, Section 853 and Title 46, United States Code Appendix, Section 1904.

A TRUE BILL

_____
FOREPERSON

JOHN ROTH, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, NW; Suite 11100
Washington, DC 20530
(202) 514-0917

_____
ERIC J. SNYDER, TRIAL ATTORNEY
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

_____
STEVEN N. SIEGEL, TRIAL ATTORNEY
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA

CASE NO.- 00-1071

v.

MIGUEL ANGEL MEJIA-MUNERA,
FELIX CHATIVA-CARRASQUILLO,
JORGE ENRIQUE GARCIA-MOLINARES, and
DIEGO FERNANDO PEREZ-CHAPARRO

CR - [illegible] OULEAS

**CERTIFICATE OF TRIAL ATTORNEY\***
**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL   ___ WPB  ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _Yes_
   List language and/or dialect _Spanish_

4. This case will take _25_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     ___       Petty    ___
   II   6 to 10 days    ___       Minor    ___
   III  11 to 20 days   ___       Misdem.  ___
   IV   21 to 60 days   _25_      Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-32-33-O'Sullivan_
   Related Miscellaneous numbers: _00-6274-CR-HUCK_
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? _ Yes _x_ No

8.  Did this case originate in the Narcotics Section, Miami? __ Yes  _X_ No

                                    _____
                                    ERIC SNYDER
                                    TRIAL ATTORNEY
                                    U.S. Department of Justice
                                    Narcotic and Dangerous Drug Section
                                    Court No. A5500508

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**00-1071 CR-DIMITROULEAS**

Defendant's Name: MIGUEL ANGEL MEJIA-MUNERA

MAGISTRATE JUDGE SNOW

Count #: I  Conspiracy to Import five(5) kilograms or more of cocaine into the United States from a place outside thereof

Title 21, U.S.C. § 963

*Max. Penalty: Life Imprisonment

Count #: II  Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was on board a vessel subject to the jurisdiction of the United States

Title 46, U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #: III  Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was attempted to be loaded on board a vessel subject to the jurisdiction of the United States

Title 46, U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**00-1071CR-DIMITROULEAS**

Defendant's Name: FELIX CHATIVA-CARRASQUILLO

MAGISTRATE JUDGE SNOW

Count #: I    Conspiracy to Import five(5) kilograms or more of cocaine into the United States from a place outside thereof

Title 21,U.S.C. § 963

*Max. Penalty: Life Imprisonment

Count #: II   Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was on board a vessel subject to the jurisdiction of the United States

Title 46,U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #: III  Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was attempted to be loaded on board a vessel subject to the jurisdiction of the United States

Title 46,U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**00-1071 CR-DIMITROULEAS**

Defendant's Name: JORGE ENRIQUE GARCIA-MOLINARES

MAGISTRATE JUDGE SNOW

Count #: I   Conspiracy to Import five(5) kilograms or more of cocaine into the United States from a place outside thereof

Title 21,U.S.C. § 963

*Max. Penalty: Life Imprisonment

Count #: II   Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was on board a vessel subject to the jurisdiction of the United States

Title 46,U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #: III   Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was attempted to be loaded on board a vessel subject to the jurisdiction of the United States

Title 46,U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**00- 1071 CR-DIMITROULEAS**

**MAGISTRATE JUDGE SNOW**

Defendant's Name: DIEGO FERNANDO PEREZ-CHAPARRO

Count #: I   Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was on board a vessel subject to the jurisdiction of the United States

Title 46, U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #: II   Conspiracy to Possess with Intent to Distribute five (5) kilograms or more of Cocaine that was attempted to be loaded on board a vessel subject to the jurisdiction of the United States

Title 46, U.S.C. App § 1903(j)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

GRAND JURY INDICTMENT NO. 00-Mia-78

No _____

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA
CRIMINAL Division

THE UNITED STATES OF AMERICA

vs.

MIGUEL ANGEL MEJIA MUNERA,
FELIX CHATIVA-CARRASQUILLO,
JORGE ENRIQUE GARCIA-MOLINARES, and
DIEGO FERNANDO PEREZ-CHAPARRO

## INDICTMENT

21 USC § 952(a)
21 USC § 963
46 USC App. § 1903(a)
46 USC App. § 1903(j)
21 USC § 853
46 USC App. § 1904

A true bill.

_____ Foreman
FGJ-00-03 (Mia)  00-04

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____ Clerk

Bail, $ _____

FORM DBD-34
JUN. 85