**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-1071-CR-DIMITOURLEAS**

**UNITED STATES OF AMERICA**

vs.

**MIGUEL ANGEL MEJIA-MUNERA,**

        **Defendant.**

_____/

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS**
**SUPERSEDING INDICTMENT WITHOUT PREJUDICE AND TO QUASH ARREST**
**WARRANTS AS TO DEFENDANT MIGUEL ANGEL MEJIA-MUNERA**

    COMES NOW the defendant, MIGUEL ANGEL MEJIA-MUNERA, by and through undersigned counsel, and files his Response to the Government's Motion to Dismiss the Superseding Indictment Without Prejudice and to Quash Arrest Warrants as to Defendant, Miguel Angel Mejia-Munera, filed on January 22, 2019 (D.E. 276).

    Prior to the filing of this Motion to Dismiss, undersigned counsel conferred with Senior Litigation Counsel, Paul Laymon, and advised that he agreed to the granting of this Motion. As such, the defendant, MIGUEL ANGEL MEJIA MUNERA, respectfully requests that this Honorable Court grant this Motion and Enter its Order Dismissing the Superseding Indictment (D.E. 9) and Quashing the Arrest Warrants (D.E 4 and D.E. 11) as to this defendant.

                                                     Respectfully submitted,

                                                     Law Offices of Oscar Arroyave, P.A.
                                                     Attorney for Miguel A. Mejia Munera
                                                     2937 SW 27th Avenue, Suite 206
                                                     Coconut Grove, Florida 33133
                                                     (305)444-0022
                                                     arroyavelaw@gmail.com

                                                     BY___s/Oscar Arroyave_____
                                                     OSCAR ARROYAVE, ESQ.
                                                     Florida Bar No.: 0298859

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF on this 22 day of January 2019.

BY: s/Oscar Arroyave
OSCAR ARROYAVE, ESQ.