UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )<br>)<br>MIGUEL ANGEL MEJIA-MUNERA, )<br>a/k/a "El Loco,"                        )<br>)<br>Defendant.                           )<br>_____ ) | Criminal Case No. 00-cr-1071<br>(DIMITROULEAS) |

## ORDER DISMISSING SUPERSEDING INDICTMENT AND QUASHING ARREST WARRANTS AS TO DEFENDANT MGUEL MEJIA-MUNERA

The Government has moved this Court to dismiss, without prejudice, the Superseding Indictment as to Defendant Miguel Angle Mejia-Munera, and to quash the arrest warrant and the superseding arrest warrant. Defense counsel does not object.

For the reasons stated in the Government's Motion to Dismiss, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Superseding Indictment returned November 20, 2001 against the Defendant, is hereby dismissed without prejudice, and both arrest warrants are also quashed. The Superseding Indictment is dismissed only with respect to Defendant MEJIA-MUNERA, not any other defendant.

IT IS SO ORDERED.

_____ 1/23/19
HONORABLE WILLIAM P. DIMITROULEAS
United States District Court Judge for the
Southern District of Florida

cc: Counsel of record